**RAINES FELDMAN LITTRELL LLP**
Hamid R. Rafatjoo (SBN 181564)
Howard K. Alperin (SBN 158809)
1900 Avenue of the Stars, 19th Floor
Los Angeles, CA 90067
Tel: 310.440.4100
Email: hrafatjoo@raineslaw.com
　　　　halperin@raineslaw.com

David S. Forsh (*pro hac vice*)
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019
Tel: 917.790.7109
Email: dforsh@raineslaw.com

*Counsel for Plaintiffs Lombardi Construction, Inc. and Chris Sznewajs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PIRCH, INC.,<br><br>　　　　Debtor. | Case No. 24-01376-CL<br><br>Chapter 7 |
| LOMBARDI CONSTRUCTION, INC. AND CHRIS SZNEWAJS,<br><br>　　　　Plaintiffs.<br><br>v.<br><br>PIRCH, INC., LESLIE T. GLADSTONE, AND DOES 1-10,<br><br>　　　　Defendants. | Adv. Proc. No. 24-90039-CL<br><br>**NOTICE OF DISMISSAL** |

　　　　Pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, Plaintiffs hereby dismiss this adversary proceeding.

1

| | |
|---|---|
| Dated: August 21, 2024 | **RAINES FELDMAN LITTRELL LLP** |
| | By: /s/ Hamid R. Rafatjoo |
| | Hamid R. Rafatjoo (SBN 181564) |
| | Howard K. Alperin (SBN 158809) |
| | 1900 Avenue of the Stars, 19th Floor |
| | Los Angeles, CA 90067 |
| | Tel: 310.440.4100 |
| | Email: hrafatjoo@raineslaw.com |
| | halperin@raineslaw.com |
| | |
| | David S. Forsh (*pro hac vice*) |
| | 1350 Avenue of the Americas, 22nd Floor |
| | New York, NY 10019 |
| | Tel: 917.790.7109 |
| | Email: dforsh@raineslaw.com |
| | |
| | *Counsel for Plaintiffs Lombardi Construction, Inc. and Chris Sznewajs* |

2